

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00741-CR

BENNY JOSEPH WALKER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 21st District Court of Washington County.   (Tr. Ct. 16,409).

This case is an appeal from the final judgment signed by the trial court on August 20, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Huddle.